**EXHIBIT B**

MINISTERE DE L'EQUIPEMENT,
DES TRANSPORTS ET DU TOURISME
------------------------

AFFAIRES MARITIMES
--------------

QUARTIER DE LORIENT
----

"PROCES-VERBAL DE REMISE AU SAUVETEUR
DES OBJETS PRELEVES SUR L'EPAVE DU TITANIC EN 1987"

(Article 13 du décret n°61-1547 du 21 décembre 1961
fixant le régime des épaves maritimes)

Par l'Administrateur des Affaires Maritimes,
M. CHAPALAIN
représentant le Chef de Quartier de LORIENT,
88-90, Avenue de la Perrière
B.P. 2143
56321 LORIENT Cédex

à

la société TITANIC VENTURES Limited Partnership
représenté par Monsieur Georges TULLOCH, directeur
assisté de Maître Alain de FOUCAULD, avocat,
204 Old Post Road, Southport
CONNECTICUT 06490 (Etats-Unis)

\* \* \*

Conformément à sa décision en date du 12 octobre 1993, prise en application des dispositions du décret n°61-1547 du 26 décembre 1961 fixant le régime des épaves maritimes, Monsieur CHAPALAIN, représentant le Chef de Quartier des Affaires Maritimes de LORIENT a procédé ce jour à la remise des objets prélevés sur l'épave du TITANIC en 1987 et dont les légitimes propriétaires ou ayants droit n'ont pu être identifiés, comme suite aux mesures de publicité prises par les autorités françaises, à la société TITANIC VENTURES Limited Partnership, en sa qualité de sauveteur.

-71-

La liste de ces objets figure en annexe du présent procès-verbal, ainsi que la lettre d'intention de la société TITANIC VENTURES Limited Partnership en date du 22 septembre 1993.

A Saint Rémy, le 20 octobre 1993

L'Administrateur
des Affaires Maritimes
Monsieur CHAPALAIN
représentant le Chef
de Quartier de LORIENT

La société TITANIC VENTURES
Limited Partnership représenté
par Monsieur G. TULLOCH,
Directeur

assisté de Maître A. de FOUCAULD,
Avocat

*(Translation made by J.C Goldsmith et Associés)*

## FRENCH REPUBLIC

MINISTRY OF EQUIPMENT
TRANSPORTATION AND TOURISM

MARITIMES AFFAIRS

HEADQUARTER OF LORIENT

## "MINUTES OF DELIVERY TO THE SALVAGOR OF THE ARTIFACTS RECOVERED FROM THE TITANIC WRECK IN 1987"

(Article 13 of the decree n° 61-1547 dated December 21, 1961 determining the regime of the wreck at sea)

By the Maritime Affairs Administrator,
M. Chapalain
representing the Head of the Headquarter of Lorient,
88-90 Avenue Laperrière
B.P. 2143
56321 Lorient Cedex

to

Titanic Ventures Limited Partnership
represented by M. George Tulloch, Managing Partner,
assisted by Alain de Foucaud, Esq.,
204, Old Post Road, Southport
Connecticut 06490 (United States)

\* \* \*

In accordance with its decision dated October 12, 1993, taken pursuant to the provisions of the decree N° 61-1547 dated December 26, 1961 determining the regime of the wreck at Sea, M. Chapalain, representing the Head of the Headquarter of Maritime Affairs of Lorient, has carried out this day the delivery of the artifacts recovered from the Titanic wreck in 1987 and whose legal owners or heirs have not been identified pursuant to the publicity measures implemented by the French Authorities, to Titanic Ventures Limited Partnership, in its capacity of salvagor.

The list of the artifacts is exhibited to the present minutes together with the letter of intent of Titanic Ventures Limited Partnership dated September 22, 1993.

Done at Saint-Remy, on October 20, 1993

---------------------
The Administrator
of Maritime Affairs
M. Chapalain
representing the Head
of the Headquarter of Lorient

---------------------
Titanic Ventures Limited Partnership
represented by M. George Tulloch,
Managing Partner

---------------------
Assisted by Alain de Foucaud, Esq.
Attorney at Law

*(Translation made by J.C Goldsmith et Associés)*

## FRENCH REPUBLIC

MINISTRY OF EQUIPMENT
TRANSPORTATION AND TOURISM

MARITIMES AFFAIRS

HEADQUARTER OF LORIENT

"MINUTES OF DELIVERY TO THE SALVAGOR OF THE ARTIFACTS RECOVERED FROM THE TITANIC WRECK IN 1987"

(Article 13 of the decree n° 61-1547 dated December 21, 1961 determining the regime of the wreck at sea)

By the Maritime Affairs Administrator,
M. Chapalain
representing the Head of the Headquarter of Lorient,
88-90 Avenue Laperrière
B.P. 2143
56321 Lorient Cedex

to

Titanic Ventures Limited Partnership
represented by M. George Tulloch, Managing Partner,
assisted by Alain de Foucaud, Esq.,
204, Old Post Road, Southport
Connecticut 06490 (United States)

In accordance with its decision dated October 12, 1993, taken pursuant to the provisions of the decree N° 61-1547 dated December 26, 1961 determining the regime of the wreck at Sea, M. Chapalain, representing the Head of the Headquarter of Maritime Affairs of Lorient, has carried out this day the delivery of the artifacts recovered from the Titanic wreck in 1987 and whose legal owners or heirs have not been identified pursuant to the publicity measures implemented by the French Authorities, to Titanic Ventures Limited Partnership, in its capacity of salvagor.

D. Π.

The list of the artifacts is exhibited to the present minutes together with the letter of intent of Titanic Ventures Limited Partnership dated September 22, 1993.

Done at Saint-Remy, on October 20, 1993

The Administrator
of Maritime Affairs
M. Chapalain
representing the Head
of the Headquarter of Lorient

Titanic Ventures Limited Partnership,
represented by M. George Tulloch,
Managing Partner.

Assisted by Alain de Foucaud, Esq.
Attorney at Law

D. 17.

−70−