**EXHIBIT C**

*Translated from the French*

**TITANIC VENTURES**
204 Old Post Road, Southport, Connecticut 06490
Tel.: (203) 255-9481, Fax: (203) 255-7673

Mr. Tricot
Head of the Maritime Affairs Unit
Lorient Maritime Affairs Unit
88, 90 avenue de Laperrière
BP 2143
56321 Lorient Cedex
France

Paris, 22 September 1993

Dear Mr. Tricot:

The procedure for the search for the assigns in respect of the objects salvaged from the wreck of the Titanic during the 1987 expedition is about to be completed.

Titanic Ventures Limited Partnership (Titanic Ventures), acting in its capacity as a rescuer, thus intends to take possession of those objects whose rightful owners or beneficiaries have not been identified following the announcements made by French authorities.

On this occasion, I would like, on behalf of Titanic Ventures, of which I am the General Partner, to inform you of Titanic Ventures' intent to use the objects collected from the wreck of the Titanic in a manner respecting the memory of these objects' initial owners.

Along these lines, I would like to indicate to you that these objects shall be used only for cultural purposes and shall accordingly not form the subject matter of any transaction leading to their dispersion (except for the purposes of an exhibition) and that no such object shall be sold.

In addition, I expressly release the French State from any liability vis-à-vis any third party whose interests might have been harmed by the delivery of the objects collected from the wreck of the Titanic.

Sincerely yours,

signature
Georges Tulloch
General Partner
Titanic Ventures Limited Partnership

Titanic and the Titanic logo are trademarks of Titanic Ventures.



# TITANIC VENTURES

204 Old Post Road, Southport, Connecticut 06490
Tel. (203) 255-9481, Fax (203) 255-7673

Monsieur Tricot
Chef du Quartier des Affaires Maritimes
Quartier des Affaires Maritimes de Lorient
88 - 90 Avenue de Laperrière
BP 2143
56321 Lorient Cedex
France

Paris le 22 septembre 1993

Monsieur,

La procédure de recherche des ayants droit des objets tirés de l'épave du Titanic lors de l'expédition de 1987, arrive à son terme.

Titanic Ventures Limited Partnership (Titanic Ventures), en sa qualité de sauveteur, souhaite donc prendre possession des objets dont les légitimes propriétaires ou ayants droit n'ont pu être identifiés, comme suite aux mesures de publicité qui ont été prises par les autorités françaises.

A cette occasion, je tiens au nom de Titanic Ventures dont je suis le Directeur, à vous faire part de l'intention de la société de faire des objets prélevés de l'épave du Titanic en 1987, un usage respectueux du souvenir de leurs propriétaire initiaux.

Dans cette optique, je vous indique que les objets ne seront utilisés que dans un but culturel et ne feront, en conséquence, l'objet d'aucune opération entraînant leur dispersion, si ce n'est pour les besoins d'une exposition, ni d'aucune vente de l'un quelconque d'entre eux.

En outre, je décharge expressément l'Etat francais de toute responsabilité vis-à-vis des tiers dont les intérêts auraient été atteints par la remise des objets tirés de l'épave du Titanic.

Je vous prie de croire, Monsieur, à l'assurance de mes sentiments distingués.

George Tulloch
General Partner
Titanic Ventures Limited Partnership

*TITANIC* and the Titanic logo are trademarks of Titanic Ventures.