## U.S. BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

In re:                                                Bankruptcy Case No. 3:16-bk-02230-PMG

**RMS TITANIC, INC.**
Debtor

                                                   Adversary Proceeding No. 3:16-ap-00183-PMG

**RMS TITANIC, INC.**
Plaintiff
v.
**FRENCH REPUBLIC A/K/A REPUBLIC OF FRANCE**
Defendant

---

### <u>DECLARATION OF JOANNA SIROUR</u>

I, Joanna Sirour, do hereby declare under penalty of perjury of the laws of the United States of America, that the following is true and correct and that I could competently testify, if called, that:

1. I am over the age of 18 years, a resident of Guérard, France and am not a party to the within action. I am the process server who served the FRENCH REPUBLIC a/k/a REPUBLIC OF FRANCE in the above-captioned matter. I regularly serve legal documents in France and I am authorized to do so. I can competently testify to the facts stated and declared within.

2. On August 23, 2016, I received a process service assignment related to the above-captioned case with instructions to serve the FRENCH REPUBLIC a/k/a REPUBLIC OF FRANCE ("Defendant"). The documents to be served were a Summons in an Adversary Proceeding, Adversary Complaint, Local Rule 7001-1, and Exhibits A-D.

1

3. On August 31, 2016, I attempted to serve the documents listed in paragraph 2 above on the Defendant at Ministre de l'Environnement, de l'Énergir et de la Mer ("Ministre"), Tour Pascal A et B, Tour Sequoia, 92055 La Défense CEDEX, France.

4. The authorities at the Ministre refused to accept service by stating that the official policy of the Ministre is for service to be made only by post mail. On August 31, 2016, I mailed the documents described in paragraph 2 above to the Ministre at the address stated in paragraph 3 above.

5. I am fully familiar with Federal Rule 4 requirements regarding service outside the United States.

I declare, under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: September 6, 2016

_____
Joanna Sirour

## CERTIFICATE OF SERVICE

I, Joanna Sincan (name), certify that I am, and at all times during the service of process was, not/less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint and a copy of Local Rule 7001-1 was made 31.08.16 (date) by:

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☒ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at: MINISTERE ENVIRONNEMENT TOUR PASCAL A et B - TOUR SEQUOIA 92 055 LA DEFENSE Cedex - FRANCE

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____ (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

31.08.2016
Date

_____
Signature

Print Name: SINCAN JOANNA
Business Address: BBM INTERNATIONAL 25 RUE DE PRENOL
City: GUERARD  State: —  Zip: 77580

# U.S. Bankruptcy Court
## Middle District of Florida

In re:  
RMS TITANIC, INC.  
Debtor

Bankruptcy Case No. **3:16−bk−02230−PMG**

RMS TITANIC, INC.  
Plaintiff  
v.  
FRENCH REPUBLIC A/K/A REPUBLIC OF FRANCE  
Defendant

Adversary Proceeding No. **3:16−ap−00183−PMG**

## *SUMMONS IN AN ADVERSARY PROCEEDING*

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court<br>Middle District of Florida<br>300 North Hogan Street Suite 3−150<br>Jacksonville, FL 32202 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Daniel F Blanks<br>50 North Laura Street, Suite 4100<br>Jacksonville, FL 32202 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



*Lee Ann Bennett*

Clerk, U.S. Bankruptcy Court

**\*\*\* Important Notice \*\*\***

The enclosed Certificate of Service must be filed with the court <u>along with a copy of this summons</u> after service has been made on the parties.

CSD 3007