## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

RMS TITANIC, INC., *et al.*,[1]

        Debtors.

_____

Case No. 3:16-bk-02230-PMG
Chapter 11 (Jointly Administered)

RMS TITANIC, INC.,

        Plaintiff,

v.

FRENCH REPUBLIC
a/k/a REPUBLIC OF FRANCE,

        Defendant.

_____

Adv.Pro.No 3:16-ap-00183-PMG

### NOTICE OF SERVICE

    I hereby certify that a copy of the Adversary Complaint filed August 17, 2016 has been served by U.S. Mail on Marie-Laurence Navarri, Magistrat de liaison aux Etats-Unis, Justice Attache, French Embassy, 4101 Reservoir Road, Washington, D.C. 20007, on September 12, 2016.

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: RMS Titanic, Inc. (3162); Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867); and Dinosaurs Unearthed Corp. (7309). The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.

2

NELSON MULLINS RILEY
& SCARBOROUGH LLP


By      */s/ Daniel F. Blanks*
            Daniel F. Blanks (FL Bar No. 88957)
            Lee D. Wedekind, III (FL Bar No. 670588)
            50 N. Laura Street, Suite 4100
            Jacksonville, Florida 32202
            (904) 665-3656 (direct)
            (904) 665-3699 (fax)
            daniel.blanks@nelsonmullins.com
            lee.wedekind@nelsonmullins.com

*Counsel for the Debtors and Debtors in Possession*

~ #4843-5193-1961 v.1 ~