**[Dodefmap]** [Adversary Order Abating Motion for Deficiencies]

ORDERED.

**Dated: October 4, 2016**

_____
Paul M. Glenn
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 3:16–bk–02230–PMG |
| RMS Titanic, Inc. | Chapter 11 |

_____Debtor*_____/

RMS Titanic, Inc.

   Plaintiff*

Adv. Pro. No. 3:16–ap–00183–PMG

vs.

French Republic a/k/a Republic of France

   _____Defendant*_____/

### ORDER ABATING MOTION FOR ENTRY OF DEFAULT

   THIS CASE came on for consideration, without a hearing, of the Motion for Entry of Default (the "Motion") (Doc. No. 5 ) filed by RMS Titanic, Inc. . After review, the Court determines that the Motion is deficient as follows:

   ☐ The document does not include an original or electronic signature of the movant's attorney as required by Fed. R. Bankr. P. 9011.

   ☐ The Motion does not include a signed and dated proof of service as required by Local Rule 9013–1.

   ☐ The prescribed filing fee of  , as required by the Bankruptcy Court's Miscellaneous Fee Schedule issued in accordance with 28 U.S.C. § 1930 was not paid.

   ☐ The negative notice legend is not fully displayed on the first page or does not conform to the approved negative notice legend prescribed by Local Rule 2002–4.

   ☑ The Motion for Clerk's Entry of Default does not include all the statements required by Local Rule 7055–2(a).

   ☐ The Motion for Clerk's Entry of Default does not include a sworn statement in support of the allegations as required by Local Rule 7055–2.

Accordingly, it is

***ORDERED:***

Consideration of the Motion for Entry of Default is abated until the deficiency is corrected.

The Clerk's office is directed to serve a copy of this order on interested parties.

\*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.
\*All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.