**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | |
| | Case No. 3:16-bk-02230-PMG |
| RMS TITANIC, INC., *et al.*,[1] | Chapter 11 (Jointly Administered) |
| Debtors. | |
| | |
| RMS TITANIC, INC., | |
| Plaintiff, | |
| | Adv. Pro. No. 3:16-ap-00183-PMG |
| vs. | |
| FRENCH REPUBLIC a/k/a REPUBLIC OF FRANCE, | |
| Defendant. | |

## NOTICE OF PRELIMINARY HEARING

NOTICE IS HEREBY GIVEN THAT:

A preliminary hearing in this case will be held on **January 4, 2017 at 10:30 am** in Courtroom 4A, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida 32202, to consider and act upon the following and transact such other business that may come before the court:

1. Plaintiff's Motion for Entry of Default by Clerk Against Defendant French Republic a/k/a Republic of France [D.E. 10]

The hearing may be continued upon announcement made in open Court without further notice.

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: RMS Titanic, Inc. (3162); Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867), and Dinosaurs Unearthed Corp. (7309). The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.

**Appropriate Attire.** You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073-1 **restricts the entry of cellular telephones** and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

>                   NELSON MULLINS RILEY
>                   & SCARBOROUGH LLP
>
>
>                   By      */s/ Daniel F. Blanks*
>                           Daniel F. Blanks (FL Bar No. 88957)
>                           Lee D. Wedekind, III (FL Bar No. 670588)
>                           50 N. Laura Street, Suite 4100
>                           Jacksonville, Florida 32202
>                           (904) 665-3656 (direct)
>                           (904) 665-3699 (fax)
>                           daniel.blanks@nelsonmullins.com
>                           lee.wedekind@nelsonmullins.com
>
>                   *Counsel for Plaintiff RMS Titanic, Inc.*

~#4843-0436-9980 v.1~