[Dntccnra] [District Notice Cancelling or Rescheduling Hearing / Conference / Trial (AP)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 3:16–bk–02230–PMG |
| | Chapter 11 |
| RMS Titanic, Inc. | |
| _____Debtor*_____/ | |
| RMS Titanic, Inc. | |
| Plaintiff* | |
| vs. | Adv. Pro. No. 3:16–ap–00183–PMG |
| French Republic a/k/a Republic of France | |
| _____Defendant*_____/ | |

NOTICE OF RESCHEDULED HEARING

NOTICE IS GIVEN THAT the hearing $Preliminary Hearing on Motion for Entry of Default against French Republic a/k/a Republic of France Filed by Daniel F Blanks on behalf of Plaintiff RMS Titanic, Inc.. (Attachments: # [1] Exhibit A # [2] Proposed Default) (Blanks, Daniel) Doc #10 *$Preliminary Hearing on Motion for Final Judgment of Default Against Defendant French Republic a/k/a Republic of France Filed by Daniel F Blanks on behalf of Plaintiff RMS Titanic, Inc.. (Attachments: # [1] Exhibit A) (Blanks, Daniel) Doc #1 , originally scheduled for January 4, 2017, has been rescheduled .

The hearing has been rescheduled and will be held on January 5, 2017 at 02:30 PM in 300 North Hogan Street, 4th Floor – Courtroom 4A, Jacksonville, FL 32202.

Avoid delays. You are reminded that Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or pro hac vice order. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

|  |  |
|---|---|
| | FOR THE COURT |
| Dated: November 15, 2016 | Lee Ann Bennett , Clerk of Court |
| | 300 North Hogan Street Suite 3–150 |
| | Jacksonville, FL 32202 |

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.
*All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.