# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

RMS TITANIC, INC., *et al.*,[1]

        Debtors.

Case No. 3:16-bk-02230-PMG
Chapter 11 (Jointly Administered)

RMS TITANIC, INC.,

        Plaintiff,

vs.

FRENCH REPUBLIC
a/k/a REPUBLIC OF FRANCE,

        Defendant.

Adv. Pro. No. 3:16-ap-00183-PMG

## NOTICE OF SERVICE

Notice is hereby given that a copy of the Court's Notice of Rescheduled Hearing [D.E. 16] has been served by U.S. Mail on Marie-Laurence Navarri, Magistrat de liaison aux Etats-Unis, Justice Attache, French Embassy, 4101 Reservoir Road, Washington, D.C. 20007, and Ministre de l'Environment, de l'Energir et de la Mer, Tour A et B, Tour Sequoia, 92055 La Defense CEDEX, France, on November 15, 2016.

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: RMS Titanic, Inc. (3162); Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867), and Dinosaurs Unearthed Corp. (7309). The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.

2

NELSON MULLINS RILEY
& SCARBOROUGH LLP


By      /s/ Daniel F. Blanks
      Daniel F. Blanks (FL Bar No. 88957)
      Lee D. Wedekind, III (FL Bar No. 670588)
      50 N. Laura Street, Suite 4100
      Jacksonville, Florida 32202
      (904) 665-3656 (direct)
      (904) 665-3699 (fax)
      daniel.blanks@nelsonmullins.com
      lee.wedekind@nelsonmullins.com

*Counsel for Plaintiff RMS Titanic, Inc.*

~ #4815-2930-2845 v.1 ~