**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

RMS TITANIC, INC., *et al.*,[1]

        Debtors.

Case No. 3:16-bk-02230-PMG
Chapter 11 (Jointly Administered)

RMS TITANIC, INC.,

        Plaintiff,

vs.

Adv. Pro. No. 3:16-ap-00183-PMG

FRENCH REPUBLIC
a/k/a REPUBLIC OF FRANCE,

        Defendant.

**PLAINTIFF'S MOTION TO CONTINUE JANUARY 5, 2017 HEARING**

Plaintiff RMS Titanic, Inc. moves this Court for a continuance of the January 5, 2017 hearing [D.E. 16] on Plaintiff's Motion for Entry of Default by Clerk Against Defendant French Republic a/k/a Republic of France [D.E. 10] and Motion for Default Judgment Against Defendant French Republic a/k/a Republic of France [D.E. 11] (collectively, the "Motions"), and states:

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: RMS Titanic, Inc. (3162); Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867), and Dinosaurs Unearthed Corp. (7309). The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.

1. On November 15, 2016, the Court set a hearing on the Motions for January 5, 2016 [D.E. 16].

2. On November 21, 2016, the Official Committee of Equity Security Holders of Premier Exhibitions, Inc. filed a Motion to Intervene as a Party Plaintiff (the "Motion to Intervene") [D.E. 19].

3. On December 7, 2016, the Court set a hearing on the Motion to Intervene for January 23, 2017 [D.E. 22].

4. Plaintiff requests that the January 5, 2017 hearing be moved to the January 23, 2017 hearing time in order to consolidate the matters being heard.

                NELSON MULLINS RILEY
                & SCARBOROUGH LLP

                By     */s/ Daniel F. Blanks*
                      Daniel F. Blanks (FL Bar No. 88957)
                      Lee D. Wedekind, III (FL Bar No. 670588)
                      50 N. Laura Street, Suite 4100
                      Jacksonville, Florida 32202
                      (904) 665-3656 (direct)
                      (904) 665-3699 (fax)
                      daniel.blanks@nelsonmullins.com
                      lee.wedekind@nelsonmullins.com

*Counsel for Plaintiff RMS Titanic, Inc.*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on December 8, 2016. I also certify that the foregoing document is being served this day on the following counsel of record via transmission of Electronic Filing generated by CM/ECF:

Richard R. Thames, Esq.
Robert A. Heekin, Esq.
Thames Markey & Heekin, P.A.
50 N. Laura Street, Suite 1600
Jacksonville, FL 32202
(904) 358-4000
rrt@tmhlaw.net
rah@tmhlaw.net
*Attorneys for Official Committee of Unsecured Creditors*

Avery Samet, Esq.
Jeffrey Chubak, Esq.
Storch Amini & Munves PC
140 East 45th Street, 25th Floor
New York, NY 10017
(212) 490-4100
asamet@samlegal.com
jchubak@samlegal.com
*Attorneys for Official Committee of Unsecured Creditors*

Peter J. Gurfein, Esq.
Roye Zur, Esq.
Landau Gottfried & Berger LLP
1801 Century Park East, Suite 700
Los Angeles, CA 90067
(310) 557-0050
pgurfein@lgbfirm.com
rzur@lgbfirm.com
*Attorneys for Official Committee of Equity Security Holders of Premier Exhibitions, Inc.*

Jacob A. Brown, Esq.
Katherine C. Fackler, Esq.
Akerman LLP
50 N. Laura Street, Suite 3100
Jacksonville, FL 32202
(904) 798-3700
jacob.brown@akerman.com
katherine.fackler@akerman.com
*Attorneys for the Official Committee of Equity Security Holders of Premier Exhibitions, Inc.*

**Via U.S. Mail**

Marie-Laurence Navarri
Magistrat de liaison aux Etats-Unis
Justice Attache, French Embassy
4101 Reservoir Road
Washington, D.C. 20007

Ministre de l'Environment,
de l'Energir et de la Mer, Tour A et B
Tour Sequoia, 92055 La Defense CEDEX, France

                /s/ *Daniel F. Blanks*
                  Attorney

~#4825-0597-4077~