UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

RMS TITANIC, INC. et al.,[1]

    Debtors.
_____

Case No. 3:16-bk-02230-PMG
Chapter 11

Jointly Administered

RMS TITANIC, INC.,

    Plaintiff,

vs.

FRENCH REPUBLIC
a/k/a REPUBLIC OF FRANCE,

    Defendant.
_____

Adv. Pro. No. 3:16-ap-00183-PMG

## PROOF OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Order Granting Motion of the Official Committee of Equity Security Holders of Premier Exhibitions, Inc., to Intervene (Adv. Doc. 28) was served by United States mail, postage prepaid and properly addressed, to the following parties on December 27, 2016, or via CM/ECF after the docketing of the pleading if the recipient is a registered CM/ECF user:

Daniel F. Blanks, Esq.
Lee D. Wedekind, III, Esq.
Nelson Mullins Riley & Scarborough LLP
50 North Laura Street, Suite 4100
Jacksonville, FL 32202

Brian A. Wainger, Esq.
Kaleo Legal
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: RMS Titanic, Inc. (3162); Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3103); Arts and Exhibitions International, LLC (3103); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867), and Dinosaurs Unearthed Corp. (7309). The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.

{40307046;1}

| | |
|---|---|
| Richard R. Thames, Esq.<br>Robert A. Heekin, Esq.<br>Stutsman Thames & Markey, P.A.<br>50 North Laura Street, Suite 1600<br>Jacksonville, FL 32202 | Jeffrey Chubak, Esq.<br>Storch Amini & Munves PC<br>140 East 45th Street, 25th Floor<br>New York, NY 10017 |
| Marie-Laurence Navarri<br>Magistrat de liaison aux Etats-Unis<br>Justice Attache, French Embassy<br>4101 Reservoir Road<br>Washington, D.C. 20007 | Ministre de l'Environment, de l'Energir et de la Mer, Tour A et B<br>Tour Sequoia<br>92055 La Defense CEDEX<br>France |

Date: December 27, 2016

Peter J. Gurfein
Roye Zur
**LANDAU GOTTFRIED & BERGER LLP**
1801 Century Park East, Suite 700
Los Angeles, California 90067
(310) 557-0050
(310) 557-0056 (Facsimile)
pgurfein@lgbfirm.com

-and-

**AKERMAN LLP**

By: */s/ Jacob A. Brown*
Jacob A. Brown
Florida Bar No. 170038
50 North Laura Street, Suite 3100
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (Facsimile)
Jacob.brown@akerman.com

Attorneys for the Official Committee of Equity Security Holders of Premier Exhibitions, Inc.