**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

RMS TITANIC, INC., *et al.*,[1]

        Debtors.

Case No. 3:16-bk-02230-PMG
Chapter 11 (Jointly Administered)

_____

RMS TITANIC, INC.,

        Plaintiff,

vs.

Adv. Pro. No. 3:16-ap-00183-PMG

FRENCH REPUBLIC
a/k/a REPUBLIC OF FRANCE,

        Defendant.

_____

**NOTICE OF SERVICE**

I hereby certify that a copy of the Court's Order Granting Plaintiff's Unopposed Motion to Continue January 23, 2017 Hearing [D.E. 37] has been served by U.S. Mail to all non-CM/ECF interested parties on January 25, 2017.

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: RMS Titanic, Inc. (3162); Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867), and Dinosaurs Unearthed Corp. (7309). The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.

NELSON MULLINS RILEY
& SCARBOROUGH LLP


By     */s/ Daniel F. Blanks*
     Daniel F. Blanks (FL Bar No. 88957)
     Lee D. Wedekind, III (FL Bar No. 670588)
     50 N. Laura Street, Suite 4100
     Jacksonville, Florida 32202
     (904) 665-3656 (direct)
     (904) 665-3699 (fax)
     daniel.blanks@nelsonmullins.com
     lee.wedekind@nelsonmullins.com

*Counsel for Plaintiff RMS Titanic, Inc.*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on January 25, 2017. I also certify that the foregoing document is being served this day on the following counsel of record via transmission of Electronic Filing generated by CM/ECF:

Richard R. Thames, Esq.
Robert A. Heekin, Esq.
Thames Markey & Heekin, P.A.
50 N. Laura Street, Suite 1600
Jacksonville, FL 32202
(904) 358-4000
rrt@tmhlaw.net
rah@tmhlaw.net
*Attorneys for Official Committee of Unsecured Creditors*

Avery Samet, Esq.
Jeffrey Chubak, Esq.
Storch Amini & Munves PC
140 East 45th Street, 25th Floor
New York, NY 10017
(212) 490-4100
asamet@samlegal.com
jchubak@samlegal.com
*Attorneys for Official Committee of Unsecured Creditors*

Peter J. Gurfein, Esq.
Roye Zur, Esq.
Landau Gottfried & Berger LLP
1801 Century Park East, Suite 700
Los Angeles, CA 90067
(310) 557-0050
pgurfein@lgbfirm.com
rzur@lgbfirm.com
*Attorneys for Official Committee of Equity Security Holders of Premier Exhibitions, Inc.*

Jacob A. Brown, Esq.
Katherine C. Fackler, Esq.
Akerman LLP
50 N. Laura Street, Suite 3100
Jacksonville, FL 32202
(904) 798-3700
jacob.brown@akerman.com
katherine.fackler@akerman.com
*Attorneys for the Official Committee of Equity Security Holders of Premier Exhibitions, Inc.*

**Via U.S. Mail**

Marie-Laurence Navarri
Magistrat de liaison aux Etats-Unis
Justice Attache, French Embassy
4101 Reservoir Road
Washington, D.C. 20007

Ministre de l'Environment,
de l'Energir et de la Mer, Tour A et B
Tour Sequoia, 92055 La Defense CEDEX,
France

                                              */s/ Daniel F. Blanks*
                                                    Attorney

~#4850-7990-2528~