**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

RMS TITANIC, INC. *et al.*,[1]

    Debtors

Case No. 3:16-bk-02230-PMG
Chapter 11 (Jointly Administered)

RMS TITANIC, INC.

    Plaintiff,

vs.

Adv. Pro. No. 3:16-ap-00183-PMG

FRENCH REPUBLIC,
a/k/a REPUBLIC OF FRANCE

    Defendant.

**PLAINTIFF RMS TITANIC, INC.'S AMENDED MOTION**
**FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT**
**FRENCH REPUBLIC, A/K/A REPUBLIC OF FRANCE**

Plaintiff RMS Titanic, Inc., ("RMST" or "Debtor" and together with its affiliated debtors listed in footnote 1, the "Debtors") by undersigned counsel, pursuant to Local Rule 7001-1(e), and 7055-2, files this amended motion (the "Amended Motion") for entry of clerk's default against Defendant French Republic a/k/a Republic of France ("Defendant").

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: RMS Titanic, Inc. (3162); Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising,

1. On September 29, 2016, Plaintiff filed its first *Motion for Entry of Clerk's Default Against Defendant French Republic, a/k/a Republic of France* [D.E. 5], which was abated by the Court on October 4, 2016 for failing to make certain statements required by the Local Rules.

2. On November 4, 2016, Plaintiff filed its *Motion for Clerk's Default Against Defendant French Republic, a/k/a Republic of France* [D.E. 10] (the "Motion for Clerk's Default") curing the defaults noted in the Court's abatement. Plaintiff fully incorporates herein the Motion for Clerk's Default, including the Declaration of Joanna Sirour attached thereto.

3. Since the filing of the Motion for Clerk's Default, Plaintiff received on January 27, 2017, a certificate from the Central Authority of France confirming that service was effectuated on the French Ministry of the Environment, Energy and the Sea on December 16, 2016. See Exhibit A attached hereto.

4. Thus, Plaintiff perfected service on Defendant in accordance with the Hague Convention, and therefore the Federal Rules of Bankruptcy Procedure, by no later than December 16, 2016.

5. Pursuant to the Hague Convention Defendant had 60 days from, at the latest, December 16, 2016, to file a responsive pleading. A responsive pleading was therefore due no later than February 14, 2017. Defendant has not sought an extension of time to file a responsive pleading.

---

LLC (3867); and Dinosaurs Unearthed Corp. (7309). The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.

6. Defendant has not filed a responsive pleading as of the date of this Amended Motion and therefore has failed to file a responsive pleading by the time specified under the Hague Convention.

WHEREFORE, Plaintiff RMS Titanic, Inc. seeks entry of default against Defendant French Republic a/k/a Republic of France for failure to timely file a response.

                    NELSON MULLINS RILEY
                    & SCARBOROUGH LLP

                    By   */s/ Daniel F. Blanks*
                          Daniel F. Blanks (FL Bar No. 88957)
                          Lee D. Wedekind, III (FL Bar No. 670588)
                          50 N. Laura Street, Suite 4100
                          Jacksonville, Florida 32202
                          (904) 665-3656 (direct)
                          (904) 665-3699 (fax)
                          daniel.blanks@nelsonmullins.com
                          lee.wedekind@nelsonmullins.com

and

TROUTMAN SANDERS LLP
Jeffery W. Cavender (Ga. Bar No. 117751)
Stephen S. Roach (Ga. Bar No. 463206)

600 Peachtree Street NE, Suite 5200
Atlanta, GA 30308
(404) 885-3000 (phone)
(404) 962-6990 (fax)
Jeffery.cavender@troutmansanders.com
Stephen.roach@troutmansanders.com

*Co-Counsel for Plaintiff RMS Titanic, Inc.*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on February 16, 2017. I also certify that the foregoing document is being served this day on the following counsel of record via transmission of Electronic Filing generated by CM/ECF:

Richard R. Thames, Esq.
Robert A. Heekin, Esq.
Thames Markey & Heekin, P.A.
50 N. Laura Street, Suite 1600
Jacksonville, FL 32202
(904) 358-4000
rrt@tmhlaw.net
rah@tmhlaw.net
*Attorneys for Official Committee of Unsecured Creditors*

Avery Samet, Esq.
Jeffrey Chubak, Esq.
Storch Amini & Munves PC
140 East 45th Street, 25th Floor
New York, NY 10017
(212) 490-4100
asamet@samlegal.com
jchubak@samlegal.com
*Attorneys for Official Committee of Unsecured Creditors*

Peter J. Gurfein, Esq.
Roye Zur, Esq.
Landau Gottfried & Berger LLP
1801 Century Park East, Suite 700
Los Angeles, CA 90067
(310) 557-0050
pgurfein@lgbfirm.com
rzur@lgbfirm.com
*Attorneys for Official Committee of Equity Security Holders of Premier Exhibitions, Inc.*

Jacob A. Brown, Esq.
Katherine C. Fackler, Esq.
Akerman LLP
50 N. Laura Street, Suite 3100
Jacksonville, FL 32202
(904) 798-3700
jacob.brown@akerman.com
katherine.fackler@akerman.com
*Attorneys for the Official Committee of Equity Security Holders of Premier Exhibitions, Inc.*

**Via U.S. Mail**

Marie-Laurence Navarri
Magistrat de liaison aux Etats-Unis
Justice Attache, French Embassy
4101 Reservoir Road
Washington, D.C. 20007

Ministre de l'Environment,
de l'Energir et de la Mer, Tour A et B
Tour Sequoia, 92055 La Defense CEDEX,
France

                                         */s/ Daniel F. Blanks*
                                                 Attorney

~#4813-0735-8019~