

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

03/30/2017 10:00 AM

COURTROOM 300 North Hogan Street

**HONORABLE PAUL GLENN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 3:16-bk-02230-PMG | Chapter 11 | 08/17/2016 |
| **ADVERSARY:** 3:16-ap-00183-PMG | | **Pltf Atty:** Daniel F Blanks |
| | | **Dft Atty:** |
| **DEBTOR:** | RMS Titanic, Inc. | |

**HEARING:**

RMS Titanic, Inc. v. French Republic a/k/a Republic of France

1-Amended Motion for Entry of Default against French Republic a/k/a Republic of France    Doc #45
2-Amended Motion for Default Judgment    Doc #46

**APPEARANCES:**:

1-Amended Motion for Entry of Default against French Republic a/k/a Republic of France    Doc #45

2-Amended Motion for Default Judgment    Doc #46

 **RULING:** U/A
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.